# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY LICARI,
Appellant,

vs.

JENNINGS AND FULTON, LTD.;
SHUMWAY VAN LTD.; ADAM R.
FULTON; JARED B. JENNINGS;
LOGAN G. WILLSON; GRAYSON J.
MOULTON; GARRETT R. CHASE;
AND STATE BAR OF NEVADA,
Respondents.

No. 82096

FILED

DEC 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order partially granting a motion to dismiss and denying a motion for summary judgment. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

The challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because it does not finally resolve all claims asserted in the underlying matter. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And no other statute or court rule appears to allow an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d

20-43772

850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                Cadish


cc:     Hon. Mark R. Denton, District Judge
        Lindsey Licari
        Murchison & Cumming, LLC/Las Vegas
        Shumway Van
        Parsons Behle & Latimer/Reno
        Eighth District Court Clerk

---

[1]Any aggrieved party may file a new notice of appeal once the district court enters an appealable order.